IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD BLOCK                                                                                               PLAINTIFF

V.                                         NO. 4:22-cv-00041-LPR-ERE

SUSAN POTTS, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has passed.[1]  After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff Richard Block's claims against Defendants Susan Potts, Mark Gober, and Barbara Parnell are DISMISSED, without prejudice, for failing to state a claim upon which relief may be granted. This case will be CLOSED.  The Court recommends that this dismissal be considered as a "strike" for purposes of 28 U.S.C. § 1915(g).  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Judge Ervin issued her Recommendation on February 8, 2022.  She made clear that objections were due by February 22, 2022.  On April 11, 2022, Plaintiff filed a motion to amend the complaint, which included his proposed amendment.  Aside from being untimely, nothing in the amended complaint states a viable cause of action.