IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD BLOCK**             **PLAINTIFF**

V.             NO. 4:22-cv-00041-LPR-ERE

**SUSAN POTTS,** *et al.*             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed without prejudice. This case is now closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE